# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 00-3929WM

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | On Appeal from the United |
| Appellee, | * | States District Court |
| | * | for the Western District |
| v. | * | of Missouri. |
| | * | |
| Christopher Matthew Phillips, | * | [Not To Be Published] |
| | * | |
| Appellant. | * | |

_____

Submitted: July 17, 2001

Filed: August 1, 2001

_____

Before BOWMAN, RICHARD S. ARNOLD, and LOKEN, Circuit Judges.

_____

PER CURIAM.

Christopher Matthew Phillips pleaded guilty to using an interstate-commerce facility to solicit murder for hire, in violation of 18 U.S.C. § 1958. At sentencing, counsel for Phillips and the government requested that Phillips be sentenced at the low end of the applicable Guidelines imprisonment range of 87-108 months. Nevertheless, the District Court[1] sentenced Phillips to 108 months imprisonment and three years

_____

[1]The Honorable Gary A. Fenner, United States District Judge for the Western District of Missouri.

supervised release. On appeal, Phillips's attorney has filed a brief and moved to withdraw under <u>Anders v. California</u>, 386 U.S. 738 (1967).

Phillips cannot challenge his sentence merely because it is at the top of the relevant Guidelines range. See 18 U.S.C. § 3742(a) (limiting appeals to sentences imposed in violation of law, sentences imposed due to incorrect application of Guidelines, sentences above applicable Guidelines range, and unreasonable sentences imposed for offenses for which there are no Guidelines); <u>United States v. Woodrum</u>, 959 F.2d 100, 101 (8th Cir. 1992) (per curiam).

Having found no nonfrivolous issues for appeal upon our independent review pursuant to <u>Penson v. Ohio</u>, 488 U.S. 75 (1988), we affirm the judgment of the District Court, and we grant counsel's motion to withdraw.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.